IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
JAN 1 0 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

)
) Case No.   4:25-MJ-019
AFFIDAVIT IN SUPPORT OF )
APPLICATION FOR CRIMINAL )
COMPLAINT )
) [FILED UNDER SEAL]
)

I, Brett Vanderpool, being first duly sworn, hereby depose and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a certified police officer for the Des Moines Police Department (DMPD) and have been so employed since December of 2019. I am presently assigned to the Des Moines Police Department's Vice & Narcotics Control Section (VNCS) as a Narcotics Investigator and have been so assigned since April 2024. I have received special training in the enforcement of laws concerning controlled substances. In connection with my duties and responsibilities as a law enforcement officer, I have testified in judicial proceedings and prosecutions for violations of laws concerning controlled substances. During my law enforcement career, I have participated in numerous investigations involving the unlawful distribution of controlled substances in violation of federal and state laws, which led to arrests, convictions of violators, and seizures of controlled substances and proceeds gained from illegal activity.

2. In the course of my duties, I have assisted in Title III investigations; performed physical, electronic, and Global Positioning System (GPS) surveillance; engaged in undercover drug transactions; executed search warrants; debriefed

1

informants; interviewed witnesses; reviewed recorded conversations involving drug trafficking activities; and analyzed telephone toll records and other records kept by or relating to drug traffickers. I have completed a twenty-three-week training academy at the Des Moines Regional Police Academy and have received in-service training on law updates and drug trends while assigned to the Des Moines Police Department. I have attended an 80-hour Narcotics Investigations Course and a 24-hour Drug Investigations and Clandestine Methamphetamine Laboratory Course. I also have attended numerous courses covering topics such as cellular telephone investigations, basic data recovery analysis, surveillance techniques, interrogation techniques, interview techniques, and intelligence techniques for law enforcement.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show there is sufficient probable cause for the requested complaints and does not set forth all of my knowledge about this matter.

4. This case involves counterfeit Oxycodone pills, typically referred to as "M30s," that are blue in color (also called "blues" or "percs"). These counterfeit pills are commonly known to contain fentanyl and routinely field-test positive for cocaine.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that AJANG MALOU WOUR has committed violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## PROBABLE CAUSE

6. On January 10, 2025, WOUR was stopped by the Iowa State Patrol, driving a Chrysler 200, just south of Huxley, Iowa, in the Southern District of Iowa. WOUR was the driver and only person in the car.

7. A subsequent search of the car pursuant to a search warrant revealed approximately 133 fentanyl pills and 20.97 grams of suspected fentanyl powder in the center console of the car. WOUR admitted knowledge and possession of the fentanyl powder and pills, though he claimed both belonged to his girlfriend. In my training and experience, 20.97 grams of fentanyl powder and 133 fentanyl pills is consistent only with distribution and not with personal use.

## CONCLUSION

8. Based on the facts contained in this affidavit, there is probable cause to believe that AJANG MALOU WOUR has committed violations of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_____
Brett Vanderpool, Narcotics Investigator
Des Moines Police Department

Subscribed and sworn to me this 10th day of January, 2025.

_____
The Honorable Helen C. Adams
United States Magistrate Judge